IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    Criminal No. 4:22-CR-40004-001
    )
GEOFFREY ALAN MAY    )
    a/k/a "Gunner"    )

## **FINAL ORDER OF FORFEITURE**

On March 17, 2023, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 25). In the Preliminary Order of Forfeiture, one Verbatim DVD-R; and one Computer Tower, serial number: DC8DA5C9A0FC6F8D13, were forfeited to the United States pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On May 22, 2023, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was May 21, 2023. No third-party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1.  That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 17, 2023, shall become final at this time.

IT IS SO ORDERED this 25th day of January, 2024.


_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE